**No. 66030.**—Abercrombie & Fitch Company v. United States, protests 59/19237 and 295187–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of outerwear jackets, similar in use to coats, wholly or in chief value of cotton, having a staple of 1⅛ inches or more in length, which subjects the involved merchandise to additional duty, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 6, 1961

**No. 66031.**—M. Zwiebel v. United States, protest 60/27141 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described as "30 grs 5841 Wooden Block Set," consists of building blocks or bricks, valued at more than 8 cents per pound, the claim of the plaintiff was sustained.